**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EBURY STREET CAPITAL, LLC, EB 1EMIALA, LLC, EB 2EMIALA, LLC, EBURY FUND 1 NJ LLC, and EBURY FUND 2 NJ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS R. MCOSKER, ANDREW KERNAN, BADEL HERNANDEZ, LIENCLEAR – 0001, LLC, LIENCLEAR – 0002, LLC, LIENCLEAR, LLC, BLOXTRADE, LLC, BCMG SERVICES, LLC, BCMG INTERNATIONAL, LLC, and SITONA VENTURES LLC,<br><br>Defendants. | Civil Action No. 1:21-cv-00203-RTD |

**DEFENDANTS RULE 26(a)(1) INITIAL DISCLOSURES**

In accordance with Federal Rule of Civil Procedure 26(a)(1) and this Court's Scheduling Order, Defendants provide the following Initial Disclosures ("Disclosures").

**I.   INITIAL DISCLOSURE QUALIFICATIONS**

1. Defendants have made a reasonable and good faith effort to comply with their initial disclosure obligations under Federal Rule of Civil Procedure 26(a)(1). These Disclosures are based upon information that is presently know to Defendants and is made without prejudice to producing during discovery or at any point before or at trial information or documents that are: (i) subsequently discovered; (ii) subsequently determined to be relevant for any purpose; or (iii) subsequently determined to have been omitted from these disclosures.

1

2. Defendants reserve all objections to the use for any purpose of these Disclosures or any of the information and documents referenced herein, either in the above-captioned case or in any other case, proceeding, or matter.

3. Nothing in these Disclosures is intended as, or should be deemed as, a waiver of the attorney-client privilege, work product doctrine, or any other applicable privilege or doctrine.

4. By identifying documents as part of these Disclosures, Defendants do not waive their right to object to any document request on any grounds and makes no express or implied representations, concessions, or admissions regarding the relevance or appropriateness of any particular documents or subject matter.

5. By identifying individuals as part of these Disclosures, Defendants do not make any express or implied representations, concessions, or admissions regarding the relevant knowledge or competence of any individual, and reserve the right to object on any grounds, including relevance, undue burden, and competence, to any deposition or testimony of any individual.

6. Defendants state that its investigation of the facts and circumstances relating to this action is ongoing. If, in the course of such investigation and/or discovery, Defendants learn that additional individuals have discoverable information supporting their defenses, Defendants will advise all other parties of such additional individuals pursuant to Fed. R. Civ. P. 26(e)(1).

7. Defendants reserves the right at any time to revise and/or supplement these Disclosures or any of the information or documents provided and/or referenced herein in response to their initial disclosure obligations.

8.      The above qualifications ("Initial Disclosure Qualifications") shall apply to each and every disclosure made herein and are incorporate by reference as though fully set forth in each disclosure.

## II.    FRCP 26(a)(1)(a) DISCLOSURES

### A.    Persons Likely to Have Discoverable Information (FRCP 26(a)(1)(A)(i))

In accordance with Fed. R. Civ. P. 26(a)(1)(A)(i), subject to and without waiving the Initial Disclosure Qualifications, Defendants identify the following individuals as likely to have discoverable information. This identification of an individual is based on Defendants' reasonable investigation to date and is subject to revision based on subsequent developments in this proceeding.

| NAME AND CONTACT INFORMATION (IF KNOWN) | SUMMARY OF INFORMATION |
|---|---|
| Thomas McOsker<br>c/o Blake A. Bennett<br>Cooch and Taylor P.A.<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>(302) 984-3800 | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| Badel Hernandez<br>c/o Blake A. Bennett<br>Cooch and Taylor P.A.<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>(302) 984-3800 | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| Andrew Kernan<br>c/o Blake A. Bennett<br>Cooch and Taylor P.A.<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>(302) 984-3800 | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| Edgardo Vasquez | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |

| | |
|---|---|
| John Hanratty<br>c/o Plaintiff's counsel | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| Representative of Emigrant Bank | Knowledge of Plaintiffs' and John Hanratty's attempts to obtain financing for the CRIM Proposal and documents related to the same. |
| Representative of Blue Clover Financial, LLC | Knowledge of Plaintiffs' and John Hanratty's attempts to obtain financing for the CRIM Proposal and documents related to the same. |
| Representative of AloStar Bank | Knowledge of Plaintiffs' and John Hanratty's attempts to obtain financing for the CRIM Proposal and documents related to the same. |
| Representative of Cadence Bank | Knowledge of Plaintiffs' and John Hanratty's attempts to obtain financing for the CRIM Proposal and documents related to the same. |
| Representative of Hunt Financial Group | Knowledge of Plaintiffs' and John Hanratty's attempts to obtain financing for the CRIM Proposal and documents related to the same. |
| Dennisse Méndez<br>c/o Plaintiff's Counsel | Knowledge of Plaintiffs' allegations, BCMG transactions, Plaintiffs' and John Hanratty's attempts to obtain financing for the CRIM Proposal and documents related to the same. |
| Shirley Vega<br>c/o Plaintiff's Counsel | Knowledge of Plaintiff's Allegations. |
| Representative of MTAG Services, LLC | Tax lien servicer for Ebury Funds. |
| Representative of Opus Fund Services (USA), LLC | Fund servicer for Ebury Funds. |
| Representative of US Bank | Knowledge of Plaintiffs' activities involving tax liens. |
| Representative of Hunt Financial Group | Knowledge of Plaintiffs' activities involving tax liens. |
| Representative of Tang Capital Management LLC | Knowledge of transactions with BCMG. |
| Representative of Millenium Trust Company, LLC | Knowledge of transactions with BCMG. |
| Representative of HGM Holdings, LLC | Knowledge of transactions with BCMG. |
| Representative of Laveer Capital Management LLC | Knowledge of transactions with BCMG. |

| | |
|---|---|
| Representative of Woods Cove, LLC | Knowledge of transactions with BCMG. |
| Sarah Wells<br>c/o Plaintiffs' Counsel | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| John Bronzo, Esq.<br>c/o Plaintiffs' Counsel | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| Ping Xie<br>c/o Plaintiffs' Counsel | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| Patrick Seymore, Esq.<br>c/o Plaintiffs' Counsel | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| Austin B. Barnes III, Esq.<br>c/o Sandhu Law Group<br>1213 Prospect Ave,<br>Cleveland, OH 44115 | Knowledge of Plaintiffs' allegations, BCMG transactions, and documents related to the same. |
| Manbir S. Sandhu<br>c/o Sandhu Law Group<br>1213 Prospect Ave,<br>Cleveland, OH 44115 | Knowledge of Plaintiffs' allegations, BCMG transactions, and documents related to the same. |
| Maureen Zink<br>c/o Carlisle Law Group<br>24755 Chagrin Boulevard<br>Cleveland, OH 44122 | Knowledge of Plaintiffs' allegations, BCMG transactions, and documents related to the same. |
| Representative of Richey May & Co<br>9605 S. Kingston Ct. Suite 200<br>Englewood, CO 80112 | Fund auditor, knowledge of Ebury transactions |
| Representative of Capital One Bank<br>15000 Capital One Drive<br>Richmond, VA 23238-1119 | Knowledge of Ebury transactions and borrowing activities. |
| Representative of AFDJK Services, Inc.<br>Bufete Vicente & Cuebas, C/O Harold D. Vicente, Esq. PO Box 11609  San Juan, PR 00910-1609 | Tax lien and property management for Ebury Funds. |
| Amaury Santiago Fonfrias<br>c/o Plaintiffs' Counsel | Knowledge of Plaintiffs' allegations, BCMG transactions, the CRIM Proposal and documents related to the same. |
| Representative of Abacus Property Management PTE LTD<br>1 Scotts Rd #22-11 Singapore 228208 | Tax lien and property management for Ebury Funds. |
| Representative of Puerto Rico Consumer Debt Management Co. Inc. (Robert Biaggi) | Knowledge of CRIM proposal. |

5

| | |
|---|---|
| #250 Ave. Ponce de Leon City Towers II, 7th Floor, San Juan PR 00918 | |
| Representative of TrackIt, LLC (Vanessa Quinones) The Hato Rey Center, 268 Ave. Ponce de Leon, Suite 914, San Juan PR 00918 | Knowledge of CRIM proposal. |
| Representative of Brinker-Cohen Family Trust 1 Alford Drive, Saddle River, New Jersey 07458 | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Dennis Nathan 1 Alford Drive, Saddle River, New Jersey 07458 | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Representative of Next Generation TC FBO Naaman Nathan FBO Dennis Nathan Bene IRA 3097 1 Alford Drive, Saddle River, New Jersey 07458 | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Representative of Nathan Family Trust 1 Alford Drive, Saddle River, New Jersey 07458 | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Representative of Next Generation TC FBO Naaman Nathan FBO Nathan Family Trust IRA 3096 1 Alford Drive, Saddle River, New Jersey 07458. | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Representative of Ice Holdings, LLC 121 Monmouth Street, Red Bank, New Jersey 07701. | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Representative of Horseshoe Investments, LLC 26 Horseshoe Drive, Hillsborough, New Jersey 08844 | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Representative of Sam T. Christopher 3 Exeter Pass, Colts Neck, New Jersey 07722 | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Representative of Elizabeth R. Walsh 2016 Irrevocable Trust 121 Monmouth Street, Red Bank, New Jersey 07701. | Knowledge of Ebury transactions and pattern of Ebury fraud. |
| Representative of NPPG Investment Services, LLC | Knowledge of Ebury transactions and pattern of Ebury fraud. |

| | |
|---|---|
| 121 Monmouth Street, Red Bank, New Jersey 07701. | |

Additionally, Defendants incorporate by reference all individuals identified during discovery in this matter, including Plaintiffs' initial disclosures, responses to interrogatories posed by the parties, and documents produced by the parties and third parties.

### B.     Documents (Fed. R. Civ. Proc. 26(a)(1)(A)(ii)).

Subject to and without waiving the Initial Disclosure Qualifications, Defendants provide the following categories and locations of documents, electronically stored information, and tangible things that it has in its possession, custody, or control that it may use to support its claims and defenses, unless such use would be solely for impeachment:

| CATEGORY | LOCATION |
|---|---|
| Documents related to the CRIM Proposal | Defendants |
| Documents related to Tax Liens | Defendants |
| Documents related to the pertinent companies' governing documents | Defendants |
| Communications and correspondence between the parties and others | Defendants |
| Business records | Defendants |
| Any additional relevant documents, data compilations or tangible things identified in any other party's Rule 26(a) disclosures, in written discovery requests, or responses by the Plaintiff or any other party (or produced in responses thereto), or in any amendment or supplement to any of the foregoing. | TBD |

C. **Computation of Damages (Fed. R. Civ. Proc. 26(a)(1)(A)(iii)).**

Subject to and without waiving the Initial Disclosure Qualifications, Defendants state that, to date, it has not asserted any claims for damages in the above-captioned action. Defendants reserve the right to seek damages and to move for attorneys' fees and costs. Because litigation is in its earliest states, Defendants do not yet have a computation of such fees and costs.

D. **Insurance Agreements (Fed. R. Civ. Proc. 26(a)(1)(A)(iv)).**

Subject to and without waiving the Initial Disclosure Qualifications, Defendants states that they are unaware of any insurance agreements under which any insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: August 16, 2022

**COOCH AND TAYLOR, P.A.**

/s/ *Dean R. Roland*
Blake A. Bennett (#5133)
Dean R. Roland (#6459)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
(302) 984-3800

*Attorneys for Defendants*