IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EBURY STREET CAPITAL, LLC, EB 1EMIALA, LLC, EB 2EMIALA, LLC, EBURY FUND 1 NJ LLC, and EBURY FUND 2 NJ, LLC,<br><br>    Plaintiffs–Counterclaim Plaintiffs,<br><br>  v.<br><br>THOMAS R. MCOSKER, ANDREW KERNAN, BADEL HERNANDEZ, LIENCLEAR – 0001, LLC, LIENCLEAR – 0002, LLC, LIENCLEAR, LLC, BLOXTRADE, LLC, BCMG SERVICES, LLC, BCMG INTERNATIONAL, LLC, and SITONA VENTURES LLC,<br><br>    Defendants–Counterclaim<br>    Plaintiffs–Third-Party Plaintiffs,<br><br>  v.<br><br>JOHN HANRATTY, PING XIE, SARAH WELLS, DENNISSE MÉNDEZ, SHIRLEY VEGA, JOHN BRONZO, PATRICK SEYMOUR, EB LEVRE I, LLC, EBURY FUND 1, LP, EBURY FUND 2, LP, EB 1EMIDC, LLC, RED CLOVER 1, LLC, WHITE CLOVER 1, LLC, BLACK CLOVER I, LLC, EBURY FUND IC1, LLC, EBURY FUND 2CI, LLC, EBURY RE, LLC, AMAURY SANTIAGO and LESSER FLAMINGO LLC,<br><br>    Third-Party Defendants. | C.A.  No. 21-cv-00203-MN |

**THE EBURY PARTIES' MOTION TO DISMISS
<u>AMENDED COUNTERCLAIMS AND THIRD-PARTY COMPLAINT</u>**

The Ebury Parties[1], by and through their attorneys, respectfully move to

---

[1] The "**Ebury Parties**" are Plaintiffs–Counterclaim Defendants, Ebury Street Capital, LLC, EB 1EMIALA, LLC, EB 2EMIALA, LLC, Ebury Fund 1 NJ LLC, and Ebury Fund 2 NJ, LLC  and John Hanratty, Ping Xie, Sarah Wells, Dennisse Méndez, Shirley Vega, John Bronzo, Patrick Seymour, EB Levre I, LLC, Ebury Fund 1, LP, Ebury Fund 2, LP, EB 1EMIDC, LLC, Red Clover

dismiss the McOsker Parties'[2] Amended Counterclaims and Third-Party Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), for the reasons set forth in the Ebury Parties' Opening Brief, which is filed concurrently herewith, and to grant them such other relief as the Court deems just.

Dated: February 17, 2023

        SMITH, KATZENSTEIN & JENKINS LLP

        */s/ Kathleen M. Miller*
Kathleen M. Miller (# 2898)
Julie M. O'Dell (# 6191)
Brandywine Building
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
kmiller@skjlaw.com
jodell@skjlaw.com

*Attorneys for Plaintiffs/Counterclaim Defendants and Third-Party Defendants*

---

1, LLC, White Clover 1, LLC, Black Clover I, LLC, Ebury Fund IC1, LLC, Ebury Fund 2CI, LLC, Ebury RE, LLC, and Lesser Flamingo LLC.

[2] The "**McOsker Parties**" are Defendants–Counterclaim Plaintiffs–Third-Party Plaintiffs Thomas R. McOsker, Andrew Kernan, Badel Hernandez, Lienclear – 0001, LLC, Lienclear – 0002, LLC, Lienclear, LLC, Bloxtrade, LLC, BCMG Services, LLC, BCMG International, LLC, and Sitona Ventures LLC.