# COOCH AND TAYLOR

ATTORNEYS ♦ A PROFESSIONAL ASSOCIATION

**Dean R. Roland**
302.984.3851
droland@coochtaylor.com

May 3, 2023

**VIA CM/ECF and HAND DELIVERY**

The Honorable Jennifer L. Hall
Unites States District Court
844 North King Street
Wilmington, DE  19801

RE:     *Ebury Street Capital, LLC et al. v. McOsker et al.*
        C.A. No. 21-0203 MN-JLH

Dear Judge Hall:

On May 2, 2023 my firm filed Defendants/Counterclaimants/Third-Party Plaintiffs' Answering Brief in Opposition to Plaintiffs/Counterclaim Defendants/Third-Party Defendants' Motion to Dismiss the Amended Counterclaims and Amended Third-Party Complaint (DI 73), along with the Declaration of Dean R. Roland in support thereof (DI 74).  We have arranged to have copies delivered to Judicial Chambers.

We are available at the Court's convenience should Your Honor have any questions in this regard.

Respectfully,

*/s/ Dean R. Roland*

Dean R. Roland (No. 6459)

DRR/cmw
Enclosures
cc:     All counsel of record