IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EBURY STREET CAPITAL, LLC, EB 1EMIALA, LLC, EB 2EMIALA, LLC, EBURY FUND 1 NJ LLC, and EBURY FUND 2 NJ, LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>THOMAS R. MCOSKER, ANDREW KERNAN, BADEL HERNANDEZ, LIENCLEAR – 0001, LLC, LIENCLEAR – 0002, LLC, LIENCLEAR, LLC, BLOXTRADE, LLC, BCMG SERVICES, LLC, BCMG INTERNATIONAL, LLC, and SITONA VENTURES LLC,<br><br>    Defendants/Counterclaimants/<br>    Third-Party Plaintiffs.<br><br>v.<br><br>JOHN HANRATTY, PING XIE, SARAH WELLS, DENNISSE MENDEZ, SHIRLEY VEGA, JOHN BRONZO, PATRICK SEYMOUR, EB LEVRE I, LLC, EBURY FUND 1, LP, EBURY FUND 2, LP, EB 1EMIDC, LLC, RED CLOVER 1, LLC, WHITE CLOVER 1, LLC, BLACK CLOVER I, LLC, EBURY FUND IC1, LLC, EBURY FUND 2CI, LLC, EBURY RE, LLC, AMAURY SANTIAGO and LESSER FLAMINGO LLC.<br><br>    Third-Party Defendants. | Civil Action No. 1:21-cv-00203-JLH |

**DEFENDANTS/COUNTERCLAIMANTS/THIRD-PARTY
PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
<u>AGAINST THIRD-PARTY DEFENDANT AMAURY SANTIAGO</u>**

Defendants/Counter-Claimants/Third-Party Plaintiffs THOMAS R. MCOSKER, ANDREW KERNAN, BADEL HERNANDEZ, LIENCLEAR – 0001, LLC, LIENCLEAR – 0002, LLC, LIENCLEAR, LLC, BLOXTRADE, LLC, BCMG SERVICES, LLC, BCMG INTERNATIONAL, LLC, and SITONA VENTURES LLC ("Defendants"), by and through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 55(a), respectfully request

1

that the Clerk enter Default against Third-Party Defendant Amaury Santiago. In support of this Request, Defendants state as follows:

1. This case concerns competing claims for violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et. seq.* and common law tort and contract claims.

2. On February 12, 2021, Plaintiffs filed their Complaint. (DI 1).

3. On June 25, 2021, Plaintiffs filed their First Amended Complaint (DI 16).

4. On December 9, 2022, Defendants filed their Answer to the Amended Complaint, Amended Counterclaims, and Third-Party Complaint. (DI 55).

5. On January 17, 2023, service of the Amended Counterclaims and Third-Party Complaint was completed on Third-Party Defendant Amaury Santiago. See Affidavit of Service Exhibit B (DI 59).

6. To date, more than 20 days have elapsed since service of the Amended Counterclaims and Third-Party Complaint on Third-Party Defendant Amaury Santiago and he has failed to plead, appear, or otherwise defend.

Wherefore, Defendants respectfully request that the Clerk enter default against Third-Party Defendant Amaury Santiago.

Respectfully submitted,

Dated: August 23, 2023

**COOCH AND TAYLOR, P.A.**

/s/ *Dean R. Roland*
Blake A. Bennett (#5133)
Dean R. Roland (#6459)
Cooch and Taylor P.A.
The Brandywine Building
1000 N. West St, Suite 1500
Wilmington, DE 19899-1680

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2023, I served the enclosed Request for Entry of Default via hand delivery on the following:

Amaury Santiago
6 Mariano Ramirez Bages Laguana Terrace
Apartment 2F
San Juan, PR 00907

                                                    /s/ *Dean R. Roland*
                                                   Dean R. Roland (#6459)