**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EBURY STREET CAPITAL, LLC, EB 1EMIALA, LLC, EB 2EMIALA, LLC, EBURY FUND 1 NJ LLC, and EBURY FUND 2 NJ, LLC,<br><br>　　　　Plaintiffs/Counterclaim<br>　　　　Defendants,<br><br>　　v.<br><br>THOMAS R. MCOSKER, ANDREW KERNAN, BADEL HERNANDEZ, LIENCLEAR – 0001, LLC, LIENCLEAR – 0002, LLC, LIENCLEAR, LLC, BLOXTRADE, LLC, BCMG SERVICES, LLC, BCMG INTERNATIONAL, LLC, and SITONA VENTURES LLC,<br><br>　　　　Defendants/Counterclaim<br>　　　　Plaintiffs/Third-Party Plaintiffs,<br><br>　　v.<br><br>JOHN HANRATTY, PING XIE, SARAH WELLS, DENNISSE MÉNDEZ, SHIRLEY VEGA, JOHN BRONZO, PATRICK SEYMOUR, EB LEVRE I, LLC, EBURY FUND 1, LP, EBURY FUND 2, LP, EB 1EMIDC, LLC, RED CLOVER 1, LLC, WHITE CLOVER 1, LLC, BLACK CLOVER I, LLC, EBURY FUND IC1, LLC, EBURY FUND 2CI, LLC, EBURY RE, LLC, AMAURY SANTIAGO, and LESSER FLAMINGO LLC,<br><br>　　　　Third-Party Defendants. | C.A. No. 21-203-JLH |

## ORDER

For the reasons stated on the record during the conference today, **IT IS ORDERED** that

Plaintiffs/Counterclaim Defendants/Third-Party Defendants' Motion to Dismiss Amended

Counterclaims and Third-Party Complaint (D.I. 64, 88) is GRANTED-IN-PART and DENIED-IN-PART:

1.    The request to dismiss all of the claims under Fed. R. Civ. P. 12(b)(6) and 12(b)(2) is GRANTED as to the following Third-Party Defendants: Sarah Wells, Dennisse Méndez, Shirley Vega, John Bronzo, Patrick Seymour, and Amaury Santiago.  All claims against those Third-Party Defendants are DISMISSED without prejudice.

2.    The remaining movants' request to dismiss the claims against them under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction is DENIED.

3.    The remaining movants' requests to dismiss the following claims under Fed. R. Civ. P. 12(b)(6) for failure to state a claim are GRANTED: Counterclaim Count VI (Unjust Enrichment), and Third-Party Complaint Counts IV (Tortious Interference with Prospective Economic Advantage/Business Relations) and IX (Unjust Enrichment).  Those claims are DISMISSED without prejudice.

4.    The remaining movants' requests to dismiss the following claims under Fed. R. Civ. P. 12(b)(6) for failure to state a claim are DENIED: Counterclaim Counts I (RICO/18 U.S.C. § 1962(c)), II (RICO/§ 1962(d)), III (Conversion), IV (Breach of Contract), and V (Breach of Contract), and Third-Party Complaint Counts I (RICO/§ 1962(c)), II (RICO/§ 1962(d)), III (Fraud/Fraudulent Inducement), V (Tortious Interference with Contractual Relations), VII (Conversion), VIII (Civil Conspiracy), X (Defamation (Slander/Slander Per Se)), XI (Defamation (Libel)), and XIV (Breach of Contract).

Dated: September 28, 2023

_____
Jennifer L. Hall
UNITED STATES MAGISTRATE JUDGE