

**Dean R. Roland**
**Director**
302.984.3851
droland@coochtaylor.com

February 12, 2024

Magistrate Judge Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 3124
Wilmington, DE 19801-3555

      **RE:** *Ebury Street Capital LLC et al vs. McOsker et al* CA No. 21-cv-00203-MN-JLH – Response to the Ebury Parties' Motion to Stay

Dear Judge Hall:

      I write in response to the Plaintiffs/Counterclaim Defendants/Third-Party Defendants', (the "Ebury Parties") Motion to Stay (DI 98) and Opening Brief in Support of the Motion to Stay (DI 99).  The Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs, (the "McOsker Parties") do not oppose the Motion to Stay and agree that a stay should be entered pending final resolution of the related criminal matter.

                                       Respectfully submitted,

                                       */s/ Dean R. Roland*

                                       Dean R. Roland (#6459)

DRR
Enc.
cc:    Julie O'Dell, Esquire (via CM/ECF)
         Kathleen Miller, Esquire (via CM/ECF)