# Smith Katzenstein Jenkins LLP

August 13, 2024

**VIA ECF**
The Honorable Jennifer L. Hall
United States Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17
Room 3124
Wilmington, Delaware 19801-3555

RE:   *Ebury Street Capital LLC et al. v. McOsker et al.*,
       No. 21-cv-00203-JLH

Dear Judge Hall:

Pursuant to Your Honor's February 12, 2024 Order, I write jointly on behalf of the parties to provide a status report regarding the related criminal matter.

On December 18, 2023, Federal Bureau of Investigation agents arrested Third-Party Defendant John Hanratty in connection with a criminal complaint in an action in the Southern District of New York, captioned *United States of America v. John Arthur Hanratty*, 23-mj-7566 (the "Criminal Action"). On January 31, 2024, the Ebury Parties requested a stay of the civil case until final judgment issues in the related Criminal Action. The Court granted the Motion to Stay and ordered that the parties file a joint status letter by August 12, 2024.

The Criminal Action is ongoing. In July 2024, Mr. Hanratty and the Prosecution briefed Mr. Hanratty's motions, including to dismiss the bank fraud charge and the indictment in its entirety, as well as to vacate the *ex parte* post-indictment restraining order because it does not comply with its authorizing statute. A status conference is scheduled for September 3, 2024. Trial dates have not yet been set. The parties respectfully request that this action remain stayed until final judgment issues in the related Criminal Action.

Respectfully submitted,

/s/ *Julie M. O'Dell*

Julie M. O'Dell

cc:   All Counsel of Record (via ECF)